# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Brandt K. Jones aka Brandt Jones,
Defendant(s).

/

**SUMMONS IN A CIVIL ACTION**

Case Number:

**SLM**

**CV 08     3589**

TO: (Name and Address of Defendant)

Brandt K. Jones aka Brandt Jones
6680 Alhambra Avenue # 358
Martinez, CA 94553

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O.Box 129, Alameda, CA 94501

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING _____

CLERK

_____ 8-5-08 _____

DATE

BY DEPUTY CLERK    GLORIA ACEVEDO